NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**VELMA SALINAS-NIX,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent.*

---

2012-3209

---

Petition for review of the Merit Systems Protection Board in case no. DA0752100513-I-1.

---

**ON MOTION**

---

**O R D E R**

The Department of the Army moves for a 15-day extension of time, until January 15, 2013, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

VELMA SALINAS-NIX V. ARMY                                              2

The motion is granted.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk

s21